# United States District Court
## Western District of North Carolina
## Statesville Division

| | | |
|---|---|---|
| Karen Proveaux, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 5:15-cv-00059-MOC-DLH |
| | ) | |
| vs. | ) | |
| | ) | |
| Carolyn W. Colvin, | ) | |
| | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 1, 2016 Order.

June 1, 2016

Frank G. Johns, Clerk
United States District Court