UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 5:15-cv-59-MOC

| | | |
|---|---|---|
| **KAREN PROVEAUX,** | ) | |
| Plaintiff, | ) ) ) | |
| Vs. | ) ) | ORDER |
| **NANCY BERRYHILL,**<br>**Acting Commissioner of Social Security,** | ) ) ) ) | |
| Defendant. | ) ) | |

**THIS MATTER** is before the Court on counsel for plaintiff's Motion for Attorney Fees Under § 406(b) of the Social Security Act. Having considered the Motion (#20) and its representation that the Commissioner does not oppose it, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that counsel for plaintiff's Motion for Attorney Fees Under § 406(b) of the Social Security Act (#20) is **GRANTED**. Attorney fees in the amount of $7,314.00 shall be remitted to Charlotte W. Hall of the Charles T. Hall Law Firm, P.C. Upon receipt, counsel for Plaintiff is directed to **REMIT** the previously awarded EAJA fees of $5,100.00 directly to plaintiff, as it is the lesser of the two fees. Upon payment of these sums, this case is **DISMISSED** with prejudice.

Signed: April 24, 2018

Max O. Cogburn Jr.
United States District Judge